| | |
|---|---|
| 1 | SETH ARONSON (S.B. #100153) |
| | saronson@omm.com |
| 2 | WILLIAM K. PAO (S.B. #252637) |
| | wpao@omm.com |
| 3 | SARAH K. HALL (S.B. #274327) |
| | shall@omm.com |
| 4 | MICHELLE C. LEU (S.B. #285437) |
| 5 | mleu@omm.com |
| | O'MELVENY & MYERS LLP |
| 6 | 400 South Hope Street |
| | Los Angeles, CA  90071-2899 |
| 7 | Telephone:  (213) 430-6000 |
| 8 | Facsimile:   (213) 430-6407 |
| 9 | Attorneys for Defendants |
| | FAPL HOLDINGS INC., JACK SHUSTER, |
| 10 | GORDON FENWICK, PAUL FENWICK, |
| | and JOEL FENWICK |
| 11 | |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| MOTORCAR PARTS OF AMERICA, INC., a New York corporation, | Case No.  CV14-01153 |
| Plaintiff, | **DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF MOTORCAR PARTS OF AMERICA, INC.'S COMPLAINT FOR LACK OF PERSONAL JURISDICTION AND** ***FORUM NON CONVENIENS*** |
| v. | |
| FAPL HOLDINGS INC., a Canadian corporation, JACK SHUSTER, an individual, GORDON FENWICK, an individual, PAUL FENWICK, an individual, and JOEL FENWICK, an individual, | |
| | Hearing Date:  June 19, 2014 |
| | Time:              8:30 a.m. |
| | Courtroom:     10 |
| Defendants. | Judge:            Hon. George H. Wu |
| | Complaint Filed: February 13, 2014 |
| | Trial Date:         N/A |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on June 19, 2014, at 8:30 a.m., or as soon thereafter as the matter may be heard, in the courtroom of the Honorable George H. Wu, United States District Judge for the Central District of California, located at 312 North Spring Street (Courtroom 10), Los Angeles, California 90012, Defendants FAPL Holdings Inc., Jack Shuster, Gordon Fenwick, Paul Fenwick, and Joel Fenwick, will and hereby do move this Court for an order dismissing Plaintiff Motorcar Parts of America, Inc.'s Complaint in the captioned proceedings on the grounds of lack of personal jurisdiction and *forum non conveniens*.

This Motion is based on this Notice of Motion and Motion, the concurrently filed Memorandum of Points and Authorities, the Declarations of Jack Shuster, Gordon Fenwick, Paul Fenwick, and Joel Fenwick and exhibits attached thereto, the arguments of counsel, all pleadings and papers on file in this action, and such other further written and oral argument as may be presented to the Court at the hearing on this Motion or before the Court's decision.

This Motion is made following conference of counsel under Local Rule 7-3, which took place on February 24, 2014, and April 7, 2014.

Dated: April 17, 2014　　　　　O'MELVENY & MYERS LLP

　　　　　　　　　　　　　　　By:　/s/ Seth Aronson
　　　　　　　　　　　　　　　　　　Seth Aronson

　　　　　　　　　　　　　　　Attorney for Defendants
　　　　　　　　　　　　　　　FAPL HOLDINGS INC., JACK
　　　　　　　　　　　　　　　SHUSTER, GORDON FENWICK, PAUL
　　　　　　　　　　　　　　　FENWICK, AND JOEL FENWICK