LOCKE LORD LLP
MICHAEL F. PERLIS (095992)
mperlis@lockelord.com
CARY J. ECONOMOU (211438)
ceconomou@lockelord.com
F. PHILLIP HOSP (265225)
phosp@lockelord.com
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071
Telephone: 213-485-1500
Facsimile: 213-485-1200

Attorneys for Plaintiff
MOTORCAR PARTS OF AMERICA, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOTORCAR PARTS OF AMERICA, INC., <br><br> Plaintiff, <br><br> vs. <br><br> FAPL HOLDINGS, INC., ET AL., <br><br> Defendants. | CASE NO. CV14-01153 <br><br> **DECLARATION OF DAVID LEE IN SUPPORT OF MOTORCAR PARTS OF AMERICA, INC.'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND** *FORUM NON CONVENIENS* <br><br> Hearing Date: June 19, 2014 <br> Time: 8:30 a.m. <br> Courtroom: 10 <br> Judge: Hon. George H. Wu <br><br> Complaint Filed: February 13, 2014 <br> Trial Date: N/A |

# DECLARATION OF DAVID LEE

I, David Lee, declare as follows:

1. I am Chief Financial Officer of plaintiff Motorcar Parts of America, Inc. ("MPA") and have served in that capacity since February 2008. I have personal knowledge of the matters set forth herein, and if called to testify, I could and would competently testify as to the truth of those matters.

2. My office is located at MPA's headquarters in Torrance, California.

## August 2010 Debenture

3. On or about June 23, 2010, Jack Shuster (Fenwick President), Gino Trigiani (Fenwick Chief Financial Officer), and other principals of Fenwick Automotive Products Ltd. ("Fenwick") and their affiliates (collectively, "Fenco") started transmitting financial information to me in connection with MPA's potential investment in Fenco. These communications were in the form of telephone calls and electronic mail. They occurred several times a week. Oftentimes, I exchanged communications with them multiple times in a single day. Attached hereto as **Exhibit C** is a true and correct copy of an email exchange between me and Gino Trigiani that took place on June 23-24, 2010.

4. Fenco personnel also communicated with MPA's Chief Accounting Officer, Kevin Daly, to assist in converting Fenco's financial statements to U.S. GAAP. Attached hereto as **Exhibit D** is a true and correct copy of an email I transmitted on September 8, 2010 at 7:55 p.m. entitled "Fenco – US Gaap."

5. In connection with its potential investment in Fenco, MPA contacted Paul Macaluso at Ernst & Young ("E&Y") in Los Angeles, MPA's outside auditing firm, to provide transaction services. Macaluso subsequently formed a team that included members from E&Y's offices in Los Angeles and Ontario, Canada.

6. In August 2010, after receiving board authorization in Torrance, MPA entered into an agreement to loan Fenco $1,894,034.09.

1

DECLARATION OF DAVID LEE

### December 2010 Amended Debenture

7. After MPA's initial investment, Gordon Fenwick, Joel Fenwick, Paul Fenwick, and Jack Shuster (collectively, "Principals") returned to Los Angeles again in September 2010 to meet with MPA.

8. In November 2010, MPA was informed that Fenco had obtained a new senior secured credit facility with M&T Bank ("M&T"), which is headquartered in Buffalo, New York, to replace the prior facility provided by Royal Bank of Canada. After M&T agreed to provide Fenco with a revolving credit facility, MPA's board authorized an additional loan to Fenco in the amount of approximately $2,969,000 ("Amended Debenture"), bringing the total aggregate loan amount to approximately $4,863,000.

### May 2011 Acquisition

9. Prior to the acquisition, virtually all of Fenco's revenue generating activity occurred in the U.S. Prior to the acquisition, Fenco projected that over seventy percent of its sales would be attributable to its top five U.S. customers. It shipped products to these customers from distribution centers in the U.S. The remanufactured parts were assembled with used "cores" sorted by workers in Fenco's New Hampshire and Pennsylvania facilities. All three of its top "core" suppliers and two of its top three raw material suppliers were based in the U.S. Other California based suppliers included A-1 Automotive Core Supplier Company, Inc., Lap Co., WJB Automotive Inc., and The Recycler Core Company, Inc. Fenco also utilized a warehouse in Sacramento, California to ship parts to its West Coast clients.

10. After the Amended Debenture and leading up to the May 2011 acquisition, Fenco provided daily and weekly financial reports to MPA's corporate staff in Torrance. These communications occurred on a daily basis up until days before the acquisition. In addition to these discussions, the Principals travelled to Los Angeles for several days in January 2011 to participate in a joint OGSM (Objectives / Goals / Strategies / Measures) strategic planning conference and to discuss the

companies' overall integration strategy. Attached hereto as **Exhibit E** is a true and correct copy of an email I received from Doug Schooner on January 7, 2011.

11. According to my recollection, Jack Shuster and Gino Trigiani met with Selwyn Joffe (MPA Chairman, President, and CEO), Michael Umansky (MPA General Counsel), me and representatives from M&T at MPA's headquarters in Torrance to discuss various topics identified in an email chain that I received on February 28, 2011 from Gino Trigiani entitled "FW: Meeting with MPA." A true and correct copy of that email is attached hereto as **Exhibit F**.

12. Most, if not all, of MPA's internal risk analysis that is the subject of this litigation was conducted at MPA's corporate headquarters in Torrance. All of MPA's accounting and financial records are kept and maintained in Torrance. Some of these records are electronic and are maintained in computer systems located in MPA's corporate headquarters.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 14, 2014 at Los Angeles, California.



_____
David Lee

3
DECLARATION OF DAVID LEE