LOCKE LORD LLP
MICHAEL F. PERLIS (095992)
mperlis@lockelord.com
CARY J. ECONOMOU (211438)
ceconomou@lockelord.com
F. PHILLIP HOSP (265225)
phosp@lockelord.com
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071
Telephone: 213-485-1500
Facsimile: 213-485-1200

Attorneys for Plaintiff
MOTORCAR PARTS OF AMERICA, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOTORCAR PARTS OF AMERICA, INC., <br><br> Plaintiff, <br><br> vs. <br><br> FAPL HOLDINGS INC., ET AL., <br><br> Defendants. | CASE NO. CV14-01153 <br><br> **DECLARATION OF KEVIN G. DALY IN SUPPORT OF MOTORCAR PARTS OF AMERICA, INC.'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND *FORUM NON CONVENIENS*** <br><br> Hearing Date: June 19, 2014 <br> Time: 8:30 a.m. <br> Courtroom: 10 <br> Judge: Hon. George H. Wu <br><br> Complaint Filed: February 13, 2014 <br> Trial Date: N/A |

## DECLARATION OF KEVIN G. DALY

I, Kevin G. Daly, declare as follows:

1.  I am Chief Accounting Officer of plaintiff Motorcar Parts of America, Inc. ("MPA") and have served in that capacity since February 2008. I have personal knowledge of the matters set forth herein, and if called to testify, I could and would competently testify as to the truth of those matters.

2.  My office is currently located at MPA's headquarters in Torrance, California.

3.  On June 10, 2013, Fenwick Automotive Products Ltd., Introcan Inc., Flo-Pro Inc., LH Distribution Inc., Rafko Holdings Inc., Rafko Logistics Inc., and Rafko Enterprises Inc. (collectively, "Fenco Entities") filed a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code") in the U.S. Bankruptcy Court for the District of Delaware. It is my understanding that a trustee has been appointed in the Bankruptcy Action and that he has custody and control over most, if not all, of the Fenco Entities' records. It is also my understanding that very little, if any, records remain in Canada.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 14, 2014 at Los Angeles, California.

_____
Kevin G. Daly

Locke Lord LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071

1
DECLARATION OF KEVIN G. DALY