LOCKE LORD LLP
MICHAEL F. PERLIS (095992)
mperlis@lockelord.com
CARY J. ECONOMOU (211438)
ceconomou@lockelord.com
F. PHILLIP HOSP (265225)
phosp@lockelord.com
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071
Telephone:  213-485-1500
Facsimile:  213-485-1200

Attorneys for Plaintiff
MOTORCAR PARTS OF AMERICA, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOTORCAR PARTS OF AMERICA, INC., <br><br> Plaintiff, <br><br> vs. <br><br> FAPL HOLDINGS INC., ET AL., <br><br> Defendants. | CASE NO. CV14-01153 <br><br> **DECLARATION OF F. PHILLIP HOSP IN SUPPORT OF MOTORCAR PARTS OF AMERICA, INC.'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND** *FORUM NON CONVENIENS* <br><br> Hearing Date:  June 19, 2014 <br> Time:  8:30 a.m. <br> Courtroom:  10 <br> Judge:  Hon. George H. Wu <br><br> Complaint Filed: February 13, 2014 <br> Trial Date: N/A |

# DECLARATION OF F. PHILLIP HOSP

I, F. Phillip Hosp, declare as follows:

1. I am an attorney at Locke Lord LLP ("Locke Lord"), counsel for defendant Motorcar Parts of America, Inc. ("MPA") in this action. I am a member in good standing of the bar of the State of California and make this declaration in support of MPA's Opposition to the Motion to Dismiss filed by defendants FAPL Holdings Inc., Gordon Fenwick, Joel Fenwick, Paul Fenwick, and Jack Shuster (collectively, "Defendants"). The facts set forth in this declaration are true based on my own personal knowledge. If called as a witness, I could and would competently testify to the facts set forth herein.

2. I am familiar with the documents Locke Lord has received from MPA in connection with this action and with the general files and records maintained on behalf of MPA. Unless stated otherwise, I retrieved these documents from files maintained by Locke Lord.

3. Attached hereto as **Exhibit G** is a true and correct copy of an email dated November 29, 2010 from Gino Trigiani to Jack Shuster with an attachment entitled Fenwick Automotive Parts Limited OM 11-29-10.

4. Attached hereto as **Exhibit H** is a true and correct copy of MPA's SEC Form 8-K filed on August 30, 2010. I personally retrieved this document from EDGAR Online.

5. Attached hereto as **Exhibit I** is a true and correct copy of an email dated September 1, 2010 from Gordon Fenwick to Jack Shuster entitled "IMPORTANT MEETING!!!."

6. Attached hereto as **Exhibit J** is a true and correct copy of an email dated January 27, 2011 from Paul Fenwick to Jack Shuster entitled "Fw: Lapco."

7. Attached hereto as **Exhibit K** is a true and correct copy of a 23-page document entitled Insurance Policy and Premium Summary Fenwick Automotive.

1

DECLARATION OF F. PHILLIP HOSP

8. Attached hereto as **Exhibit L** is a true and correct copy of MPA's SEC Form 8-K filed on December 12, 2010. I personally retrieved this document from EDGAR Online.

9. Attached hereto as **Exhibit M** is a true and correct copy of an email dated December 9, 2010 from Howard Burshtein to Glenn Burlingame entitled "RE: MPA/Fenco."

10. Attached hereto as **Exhibit N** is a true and correct copy of the Combined Financial Statements for Fenwick Automotive Products Limited and Introcan Inc. for the year ended March 31, 2010. This document was filed with SEC as an exhibit to MPA's July 22, 2011 Form 8-K/A. I personally retrieved this document from EDGAR Online.

11. Attached hereto as **Exhibit O** is a true and correct copy of an email I received from MPA's transfer agent, Michael Mullins dated April 29, 2014. Attached to the email is Stock Certificate No. MCP2036 issued in the name of FAPL Holdings Inc.

12. Attached hereto as **Exhibit P** is a true and correct copy of an email dated October 20, 2010 from Paul Fenwick to Jack Shuster entitled "Re: Employment Agreements."

13. Attached hereto as **Exhibit Q** is a true and correct copy of an email dated March 2, 2011 from Joel Fenwick to Gordon Fenwick entitled "RE: AAP Lost Sales Fenco Comment shown with Tobin.xlsx."

14. Attached hereto as **Exhibit R** is a true and correct copy of a letter I sent to Defendants' counsel on March 1, 2013.

15. Attached hereto as **Exhibit S** is a true and correct copy of a (with redactions) letter received by my office via facsimile. The letter is dated May 30, 2013 and is from Linda Fuerst to Wrenn Chais.

16. Attached hereto as **Exhibit T** is a true and correct copy of the summons and complaint served in the action entitled *Jerrod Hunter-Smith, et al. v. Fenwick*

*Automotive Products, Ltd., et al.*, Adversary Proceeding No. 13-512131-BLS (Bank. D. Del.). The action is now pending in the United States District Court for the District of Delaware, Case No. 1:14-cv-00581-LPS.

17. Attached hereto as **Exhibit U** are true and correct copies of the following emails:

    a. Email dated April 9, 2010 from Joel Fenwick to Albert Shiu with the subject line "Re Joel Fenwick Hotel China."

    b. Email dated June 25, 2010 from Gordon Fenwick to Joel Fenwick with the subject line "Re: NAPA Atlanta Braves game with many senior NAPA execs."

    c. Email dated March 30, 2011 from Gordon Fenwick to Jack Shuster and Selwyn Joffe with the subject line "Tonight's Dinner"

18. At this time, most of the witnesses that MPA identified are located in the United States, excluding Defendants. They include, but are not limited to, the following:

    a. MPA Corporate Staff located in Torrance, CA;

    b. Gale Jenkins, Advance Auto Parts, Roanoke, VA;

    c. Jay Garrett, Advance Auto Parts, Roanoke, VA;

    d. Axel Oberg, Advance Auto Parts, Roanoke, VA;

    e. Chris Cox, Advance Auto Parts, Roanoke, VA;

    f. Mike Gilger, Moran Logistics, Watsontown, PA;

    g. Individuals affiliated with NAPA Auto Parts, Atlanta, GA;

    h. Representatives of Pep Boys, Philadelphia, PA;

    i. Representatives of Auto Zone, Memphis, TN;

    j. Employees at LH Distribution, Introcan, Rafko Logistics, and other U.S. based affiliates of Fenwick Automotive Products, Ltd.; and

    k. Mervyn McCulloch, MPA's former chief acquisitions officer who is no longer employed with the company.

**Locke Lord LLP**
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071

1    19. Attached hereto as **Exhibit V** is a true and correct copy of the SEC Form 10-Q filed by MPA on June 13, 2011.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is a true and correct.

Executed on May 15, 2014.

_____
F. Phillip Hosp

**Locke Lord LLP**
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071

4
DECLARATION OF F. PHILLIP HOSP