LOCKE LORD LLP
MICHAEL F. PERLIS (095992)
mperlis@lockelord.com
CARY J. ECONOMOU (211438)
ceconomou@lockelord.com
F. PHILLIP HOSP (265225)
phosp@lockelord.com
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071
Telephone:  213-485-1500
Facsimile:   213-485-1200

Attorneys for Plaintiff
MOTORCAR PARTS OF AMERICA, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOTORCAR PARTS OF AMERICA, INC., <br><br> Plaintiff, <br><br> vs. <br><br> FAPL HOLDINGS INC., ET AL., <br><br> Defendants. | CASE NO. CV14-01153 <br><br> **NOTICE OF ERRATA RE: OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF MOTORCAR PARTS OF AMERICA, INC.'S FOURTH AND FIFTH CAUSES OF ACTION FOR VIOLATIONS OF SECTION 10(b) AND 20(a) OF THE SECURITIES EXCHANGE ACT OF 1934** <br><br> Hearing Date: June 19, 2014 <br> Time: 8:30 a.m. <br> Courtroom: 10 <br> Judge: Hon. George H. Wu <br><br> Complaint Filed: February 13, 2014 <br> Trial Date: N/A |

1   PLEASE TAKE NOTICE THAT counsel for plaintiff Motorcar Parts of
2   America, Inc. inadvertently filed an incorrect version of its Opposition to Defendants'
3   Motion to Dismiss the Fourth and Fifth Causes of Action for Violations of Section
4   10(b) and 20(a) of the Securities Exchange Act of 1934. Counsel apologizes to the
5   Court and opposing counsel for any inconvenience and respectfully requests that the
6   correct version, which is attached hereto as Exhibit 1, be substituted in its place.

7   Dated: May 16, 2014           LOCKE LORD LLP

                                  By: /s/ F. Phillip Hosp
                                      Michael F. Perlis (095992)
                                      Cary J. Economou (211438)
                                      F. Phillip Hosp (265225)

                                  Attorneys for Plaintiff
                                  MOTORCAR PARTS OF AMERICA, INC.

**Locke Lord LLP**
300 South Grand Avenue, Suite 2600
Los Angeles, CA  90071

1
NOTICE OF ERRATA RE: OPPOSITION TO DEFENDANTS' MOTION TO DISMISS