SETH ARONSON (S.B. #100153)
saronson@omm.com
WILLIAM K. PAO (S.B. #252637)
wpao@omm.com
SARAH K. HALL (S.B. #274327)
shall@omm.com
MICHELLE C. LEU (S.B. #285437)
mleu@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA  90071-2899
Telephone:  (213) 430-6000
Facsimile:   (213) 430-6407

Attorneys for Defendants
FAPL HOLDINGS INC., JACK SHUSTER, GORDON FENWICK, PAUL FENWICK, and JOEL FENWICK

MICHAEL F. PERLIS (S.B. #095992)
mperlis@lockelord.com
CARY J. ECONOMOU (S.B. #211438)
ceconomou@lockelord.com
F. PHILLIP HOSP (S.B. #265225)
phosp@lockelord.com
LOCKE LORD LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071
Telephone:   (213) 485-1500
Facsimile:    (213) 485-1200

Attorneys for Plaintiff
MOTORCAR PARTS OF AMERICA, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| MOTORCAR PARTS OF AMERICA, INC., a New York corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>FAPL HOLDINGS INC., a Canadian corporation, JACK SHUSTER, an individual, GORDON FENWICK, an individual, PAUL FENWICK, an individual, and JOEL FENWICK, an individual,<br><br>　　　　　　　Defendants. | Case No.  CV14-01153<br><br>**JOINT STIPULATION RE: BRIEFING SCHEDULE FOR PLAINTIFF MOTORCAR PARTS OF AMERICA, INC.'S MOTION TO STRIKE**<br><br>Hearing Date:　　July 10, 2014<br>Hearing Time:　　8:30 a.m.<br>Courtroom:　　　10<br>Judge:　　　　　Hon. George H. Wu<br><br>Complaint Filed:　February 13, 2014<br>Trial Date:　　　N/A |

On March 7, 2014, Plaintiff Motorcar Parts of America, Inc. and Defendants FAPL Holdings Inc., Jack Shuster, Gordon Fenwick, Paul Fenwick, and Joel Fenwick stipulated and agreed to a briefing schedule for Defendants' Motion to Dismiss Plaintiff's Complaint for Lack of Personal Jurisdiction and *Forum Non Conveniens* and Motion to Dismiss Plaintiff's Fourth and Fifth Causes of Action Pursuant to Federal Rule of Civil Procedure 12(b)(6).  On April 17, 2014, as stipulated, Defendants filed their Motions to Dismiss.  On May 9, 2014, this Court, on its own motion, continued the hearing date for Defendants' Motions to Dismiss from June 19, 2014, to July 10, 2014.  On May 15, 2014, Plaintiff filed its Oppositions to Defendants' Motions to Dismiss, and also a Motion to Strike Portions of the Declaration of Jack Shuster in support of Defendants' Motion to Dismiss for Lack of Personal Jurisdiction and *Forum Non Conveniens*.  Plaintiff intended the Motion to Strike be heard together with Defendants' Motions to Dismiss, but set it for hearing for June 19, 2014, the prior hearing date.  Further, because the Parties had not previously discussed Plaintiff's Motion to Strike, that motion is not part of the Parties' March 7, 2014 Stipulated Briefing Schedule.

**THE PARTIES NOW HEREBY STIPULATE AND AGREE** to the following:

- The hearing date for Plaintiff's Motion to Strike shall be continued to July 10, 2014, so that it is heard together with Defendants' Motions to Dismiss.
- Defendants will file their Opposition to Plaintiff's Motion to Strike on June 12, 2014.
- Plaintiff will file its Reply in support of its Motion to Strike on June 26, 2014.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: May 21, 2014 | O'MELVENY & MYERS LLP |
| 3 | | |
| 4 | | By: /s/ Seth Aronson<br>      Seth Aronson |
| 5 | | Attorney for Defendants<br>FAPL HOLDINGS INC., JACK SHUSTER, |
| 6 | | GORDON FENWICK, PAUL FENWICK,<br>and JOEL FENWICK |
| 7 | | |
| 8 | | |
| 9 | Dated: May 21, 2014 | LOCKE LORD LLP |
| 10 | | |
| 11 | | By: /s/ Michael F. Perlis<br>      Michael F. Perlis |
| 12 | | Attorney for Plaintiff<br>MOTORCAR PARTS OF AMERICA, INC. |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | **<u>Attestation</u>** |
| 17 | I hereby attest that the other signatory listed, on whose behalf this filing is | |
| 18 | submitted, concurs in the filing's content and has authorized the filing. | |
| 19 | | |
| 20 | Dated: May 22, 2014 | O'MELVENY & MYERS LLP |
| 21 | | |
| 22 | | By: /s/ Seth Aronson<br>      Seth Aronson |

2

JOINT STIPULATION
RE: MOT. TO STRIKE BRIEFING SCHEDULE
CV14-01153