SETH ARONSON (S.B. #100153)
saronson@omm.com
WILLIAM K. PAO (S.B. #252637)
wpao@omm.com
SARAH K. HALL (S.B. #274327)
shall@omm.com
MICHELLE C. LEU (S.B. #285437)
mleu@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA  90071-2899
Telephone:   (213) 430-6000
Facsimile:    (213) 430-6407

Attorneys for Defendants
FAPL HOLDINGS INC., JACK SHUSTER, GORDON FENWICK, PAUL FENWICK, and JOEL FENWICK

MICHAEL F. PERLIS (S.B. #095992)
mperlis@lockelord.com
CARY J. ECONOMOU (S.B. #211438)
ceconomou@lockelord.com
F. PHILLIP HOSP (S.B. #265225)
phosp@lockelord.com
LOCKE LORD LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071
Telephone:   (213) 485-1500
Facsimile:    (213) 485-1200

Attorneys for Plaintiff
MOTORCAR PARTS OF AMERICA, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| MOTORCAR PARTS OF AMERICA, INC., a New York corporation,<br><br>                        Plaintiff,<br><br>          v.<br><br>FAPL HOLDINGS INC., a Canadian corporation, JACK SHUSTER, an individual, GORDON FENWICK, an individual, PAUL FENWICK, an individual, and JOEL FENWICK, an individual,<br><br>                        Defendants. | Case No.  **CV14-01153-GW(JEMx)**<br><br>**ORDER GRANTING JOINT STIPULATION RE: BRIEFING SCHEDULE FOR PLAINTIFF MOTORCAR PARTS OF AMERICA, INC.'S MOTION TO STRIKE**<br><br>Hearing Date:       July 10, 2014<br>Hearing Time:      8:30 a.m.<br>Courtroom:           10<br>Judge:                    Hon. George H. Wu<br><br>Complaint Filed:  February 13, 2014<br>Trial Date:             N/A |

Having read and considered the Joint Stipulation Re: Briefing Schedule for Plaintiff Motorcar Parts of America, Inc.'s Motion to Strike, the Court finds that there is good cause to enter the Parties' agreed-upon briefing schedule:

**NOW, THEREFORE, IT IS ORDERED THAT:**

- The hearing date for Plaintiff's Motion to Strike shall be continued to July 10, 2014, so that it is heard together with Defendants' Motions to Dismiss.
- Defendants will file their Opposition to Plaintiff's Motion to Strike on June 12, 2014.
- Plaintiff will file its Reply in support of its Motion to Strike on June 26, 2014.

**IT IS SO ORDERED.**

Dated: May 27, 2014

_____
The Honorable George H. Wu
United States District Judge