LOCKE LORD LLP
MICHAEL F. PERLIS (095992)
mperlis@lockelord.com
CARY J. ECONOMOU (211438)
ceconomou@lockelord.com
F. PHILLIP HOSP (265225)
phosp@lockelord.com
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071
Telephone:   213-485-1500
Facsimile:   213-485-1200

Attorneys for Plaintiff
MOTORCAR PARTS OF AMERICA, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOTORCAR PARTS OF AMERICA, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>FAPL HOLDINGS INC., ET AL.,<br><br>Defendants. | CASE NO. CV14-01153<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF MOTORCAR PARTS OF AMERICA, INC.'S COMPLAINT FOR LACK OF PERSONAL JURISDICTION AND FORUM NON CONVENIENS**<br><br>Hearing Date:   July 10, 2014<br>Time:   8:30 a.m.<br>Courtroom:   10<br>Judge:   Hon. George H. Wu<br><br>[TAKEN UNDER SUBMISSION]<br><br>Complaint Filed: February 13, 2014<br>Trial Date: N/A |

Plaintiff Motorcar Parts of America, Inc. ("MPA") hereby submits this Notice of Supplemental Authority regarding an opinion rendered by the Court of Appeal of the State of California, First Appellate District, Division Two, on July 30, 2014, entitled *Bristol-Myers Squibb Co. v. Superior Court*, Case No. A140035. A true and correct copy is attached as Exhibit A.

The First Appellate District, after considering the United States Supreme Court's opinion in *Daimler AG v. Bauman* (2014) ___ U.S. ___ [134 S. Ct. 746], upheld personal jurisdiction over a non-resident defendant based on the doctrine of specific jurisdiction.

MPA thought it warranted to bring the recent opinion to the Court's attention.

Dated: August 1, 2014         LOCKE LORD LLP


By: */s/ Michael F. Perlis*
Michael F. Perlis (095992)
Cary J. Economou (211438)
F. Phillip Hosp (265225)

Attorneys for Plaintiff
MOTORCAR PARTS OF AMERICA, INC.