| UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA || FOR COURT USE ONLY<br>DUE DATE: |
|---|---|---|
| TRANSCRIPT DESIGNATION AND ORDERING FORM |||

| 1. NAME<br>Michelle Leu | 2. PHONE NUMBER<br>(213) 430-6280 | 3. DATE<br>8-11-2014 ||
|---|---|---|---|
| 4. FIRM NAME: O'Melveny & Myers LLP | 5. E-MAIL ADDRESS: mleu@omm.com |||
| 6. MAILING ADDRESS<br>400 S. Hope St. | 7. CITY<br>Los Angeles | 8. STATE<br>CA | 9. ZIP CODE<br>90071 |
| 10. CASE NUMBER<br>2:14-cv-01153-GW-JEM | 11. CASE NAME<br>Motorcar Parts of America, Inc. v. FAPL Holdings, Inc., et al. || 12. JUDGE<br>George H. Wu |
| 13. APPEAL CASE NUMBER | 14. ORDER FOR   ☐ APPEAL   ☑ NON-APPEAL   ☐ CRIMINAL JUSTICE ACT<br>☐ IN FORMA PAUPERIS   ☐ AUSA   ☐ FPD   ☐ OTHER _____ |||

15. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)
    Attach additional page for designations if necessary.

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| 7-10-14 | Katie Thibideaux | ☐ VOIR DIRE   ☐ OPENING STATEMENTS   ☐ SETTLEMENT INSTRUCTIONS   ☐ CLOSING ARGUMENTS   ☐ JURY INSTRUCTIONS<br>☑ PRE-TRIAL PROCEEDINGS   ☐ OTHER (PLEASE SPECIFY): |
|  |  | ☐ VOIR DIRE   ☐ OPENING STATEMENTS   ☐ SETTLEMENT INSTRUCTIONS   ☐ CLOSING ARGUMENTS   ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS   ☐ OTHER (PLEASE SPECIFY): |
|  |  | ☐ VOIR DIRE   ☐ OPENING STATEMENTS   ☐ SETTLEMENT INSTRUCTIONS   ☐ CLOSING ARGUMENTS   ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS   ☐ OTHER (PLEASE SPECIFY): |
|  |  | ☐ VOIR DIRE   ☐ OPENING STATEMENTS   ☐ SETTLEMENT INSTRUCTIONS   ☐ CLOSING ARGUMENTS   ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS   ☐ OTHER (PLEASE SPECIFY): |
|  |  | ☐ VOIR DIRE   ☐ OPENING STATEMENTS   ☐ SETTLEMENT INSTRUCTIONS   ☐ CLOSING ARGUMENTS   ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS   ☐ OTHER (PLEASE SPECIFY): |

16. ORDER:  IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE.

| CATEGORY | ORIGINAL + 1<br>(original to Court, copy to ordering party) | FORMAT ||
|---|---|---|---|
| ORDINARY | ☐ | PAPER COPY | ☐ |
| 14 DAYS | ☐ | PDF FORMAT | ☑ |
| 7 DAYS | ☐ | ASCII FORMAT | ☐ |
| DAILY | ☐ | OTHER | ☐ |
| HOURLY | ☑ | FOR ADDITIONAL COPIES, CONTACT COURT REPORTER OR TRANSCRIPTION AGENCY ||
| REAL TIME | ☐ |||

(CERTIFICATION 17 & 18)
By signing the below, I certify that I will pay all charges (deposit plus additional).

19. Transcription agency for digitally recorded proceedings:

20. Month: _____  Day: _____  Year: _____
Transcript payment arrangements were made with:

17. DATE:   8-11-2014

NAME OF OFFICIAL: _____
Payment of estimated transcript fees were sent on the following date:
Month: _____  Day: _____  Year: _____

18. SIGNATURE:   /s/ Michelle Leu

G-120 (09/12)