JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOTORCAR PARTS OF AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> FAPL HOLDINGS, INC., et al., <br><br> Defendants. | Case No. CV 14-1153-GW(JEMx) <br><br> **ORDER TO DISMISS WITH PREJUDICE** |

Based upon the Notice of Dismissal filed on December 10, 2015, it is hereby ORDERED that this action is voluntarily dismissed with prejudice against defendants FAPL Holdings, Inc., Jack Shuster, Gordon Fenwick, Paul Fenwick and Joel Fenwick. Each party shall bear its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: December 14, 2015         BY THE COURT

_____
GEORGE H. WU, U.S. DISTRICT JUDGE